In the Matter of the Probate of the Will of ELLA D. POTTER, Deceased. ADRIAN M. POTTER, Appellant; FRANCES P. RICCA, Respondent.— No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

MOLA REALTIES, INC., Appellant, v. SPEAR DRESS CO., INC., et al., Respondents.— Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

FRANKIE S. SANDS, Appellant, v. GEORGE SANDS, Respondent.— No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

BANQUE DE SALONIQUE, Appellant, v. LEON FELDMANN et al., Respondents.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [Order granted reargument and on reargument denied plaintiff's motion to preclude on condition.] [See post, p. 778.]

MAX WECHSLER, as Administrator of the Estate of CAROLYN WECHSLER, Deceased, Respondent, v. HOFFMAN-LA ROCHE, INC., Appellant.— No opinion. The date for the examinations to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONTINENTAL CASUALTY COMPANY, Surety, Appellant, and JOSEPH F. P. SMITH, Principal.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [200 Misc. 546.]

COTTON QUEEN FROCKS, INC., v. CONSOLIDATED TEXTILE CO., INC.— Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ. [See ante, p. 579.]